## TILLMAN, ETC. *v.* WARDEN OF MARYLAND PENITENTIARY

[App. No. 6, September Term, 1960 (Adv.).]

*Decided June 14, 1960.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, PRESCOTT and HORNEY, JJ.

PER CURIAM.

Application for leave to appeal from the denial of post conviction relief is denied for the reasons stated in the opinion of the court below.